PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Phillip Hatcher          Case Number: 3:09-00105-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: July 21, 2010

Original Offense: 21 U.S.C. § 846, Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Anabolic Steroids

Original Sentence:  4 months' custody; 2 years' supervised release

Type of Supervision:  Supervised Release     Date Supervision Commenced: February 18, 2011

Assistant U.S. Attorney:  Brent A. Hannafan     Defense Attorney:  Jack D. Lowery

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this 10th day of Dec. , 2012, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

_____
U.S. Probation Officer
Jon R. Hahn

Place          Columbia, Tennessee

Date          December 5, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.              **The defendant shall refrain from any unlawful use of a controlled substance:**

On December 3, 2012, Phillip Hatcher submitted a urine screen. He then admitted to injecting steroids into his body for a period of 6 weeks and advised he stopped approximately 3-4 weeks ago.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Hatcher has been on supervision since February 18, 2011, and this is his first violation. Due to his previous compliance, he was moved to the Compliant Caseload on August 22, 2011. Due to his admittance to using steroids, he is being moved back to the general caseload and will be sent for a drug intake and assessment.

Mr. Hatcher is currently employed and resides with his girlfriend.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Hatcher be continued on supervised release.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
        Kenneth Parham
        Supervisory U.S. Probation Officer